NICHOLAS RANALLO, ATTORNEY AT LAW (SB 275016)
371 DOGWOOD WAY
BOULDER CREEK, CA 95006
TEL: (831) 703 - 4011
FAX: (831) 533 - 5073
Email: nick@ranallolawoffice.com

Attorney for Plaintiff Jeremy Bales Creative, LLC

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| JEREMY BALES CREATIVE, LLC<br><br>    Plaintiffs<br><br>  Vs.<br><br><br>MEGHAN CAMARENA d/b/a "STRAWBURRY 17", and JOHN DOES 1-10<br><br>    Defendant | Case No.<br><br>**COMPLAINT WITH JURY DEMAND** |
|---|---|

COMES NOW PLAINTIFF JEREMY BALES CREATIVE, LLC who does hereby allege as follows:

### JURISDICTION AND VENUE

1. This court has subject matter jurisdiction pursuant to 28 U.S.C. §1331 and §1338(a) because claim arises under the provisions of the Copyright Act of the United States, as amended, 17 U.S.C. §1 *et seq*, and is for infringements of copyrights registered with the Copyright Office of the United States.

2. This court has personal jurisdiction over Defendant by virtue of Defendant's residence

within the forum and/or due to the fact that a substantial portion of the events or omissions giving rise to the suit occurred in the district.

3. Venue is proper in this district pursuant to 28 U.S.C. §1391 and §1400 because defendant resides and does business in the district.

**PARTIES**

4. Plaintiff is a well-known photography company with a principal place of business at 2239 Crescent St., Apt. 1, Astoria, NY 11105. Plaintiff is a professional photographer company and is in the business of licensing rights in its images to users for a fee.

5. Upon information and belief, Defendants are a collective group of actors, graphic designers, visual effects artists, web designers, cinematographers, sound engineers and artists that creative various shows, operate a website, have a podcast, a clothing line and create original music. They also offer consulting, marketing and production services for client and maintain a website for these purposes at the website www.strawburry17.com.

**ALLEGATIONS COMMON TO ALL COUNTS**

6. Plaintiff Jeremy Bales Creative, LLC is the owner of the copyrights to the images that form the basis of the instant suit (the "Image").

7. The Image was registered on January 21, 2013 by Jeremy Bales, the photographer, and was assigned registration number VA 1-881-254. A copy of the relevant registration is annexed to this complaint as Exhibit A.

8. On August 19, 2014, Jeremy Bales transferred ownership of the Image and all associated rights to Jeremy Bales Creative, LLC, including the right to sue for accrued infringements. A copy of the assignment is annexed hereto as Exhibit B.

9. As copyright holder, Plaintiff maintains the exclusive right reproduce, distribute, and/or license the Image and the right to bring actions for copyright infringement.

10. Plaintiff owns and operates a website located at the URL www.jeremybales.com.

11. Upon information and belief, Defendants have infringed Plaintiff's exclusive rights in the Image by reproducing and publicly displaying the Image on Defendant's website for

advertising purposes.

12. Defendants do not have, and have never had, any license or authorization to display the Image for any purpose.

13. Plaintiff discovered that Defendants were displaying the Image on the website located at URL http://strawburry17.com/grace-says-hi-from-a-new-channel/ on or around April 7, 2014.  A copy of the assignment is annexed hereto as Exhibit C.

14. Upon information and belief, Defendant's website is available on the Internet and accessible throughout the world, including New York and California.

15. Plaintiff has notified Defendants that the unauthorized use of the Image violates Plaintiff's exclusive rights as enumerated in 17 U.S.C. §106 and offered Defendants an opportunity to enter a retroactive licensing agreement or to otherwise make payment for Defendants past unauthorized use.

16. Despite the communications described in paragraph 15, Defendants have refused to properly rectify its infringing conduct by failing to pay damages for the infringement..

### FIRST CAUSE OF ACTION – COPYRIGHT INFRINGEMENT

17.  Plaintiff repeats and realleges the allegations in paragraph 1 through 16 as though full set forth herein.

18.  As set forth above, Plaintiff holds valid and exclusive copyrights to the image that is the subject of this action.  See Exhibits A & B.

19. Defendants, individually and collectively, have reproduced distributed, and displayed the Image without Plaintiff's authorization or consent.

20. Defendant's conduct and use of the image violates Plaintiffs' exclusive rights as set forth in 17 U.S.C. §106.

21. Upon information and belief, Defendant's use of the image was willful, intentionally, and without substantial justification.

22. Upon information and belief, as a result of the acts alleged herein, Plaintiff has been injured and Defendant has received illicit profits and wrongful gains.

23. As a result of the infringement described herein, Plaintiff is entitled to relief including, but not limited to, injunctive relieve, actual or statutory damages, statutory costs and attorneys fees, and interest.

### SECOND CAUSE OF ACTION – VIOLATION OF DMCA §1202

24. Plaintiff repeats and realleges the allegations in paragraph 1 through 23 as though full set forth herein.

25. The Image that is the subject of this lawsuit was displayed on the jeremybales.com website with corresponding copyright management information, including a watermark with the name "Jeremy Bales" on the bottom left corner.

26. Upon information and belief, when Defendants duplicated and displayed the subject images on their website "strawburry17.com" they intentionally removed the copyright management information described in paragraph 25 before displaying the image on their own site.

27. The conduct described above constitutes a violation of the Digital Millennium Copyright Act, 17 U.S.C. §1202(b).

28. As a result of the conduct described herein, Plaintiff is entitled to relief including, but not limited to, injunctive relief, actual or statutory damages, costs, attorney's fees and interest.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. For injunctive relief enjoining Defendants (and any officers, directors, principals, agents, servants, employees, successors and assigns) from further violations of Plaintiff's exclusive rights and ordering Defendant to deliver all products, magazines, signs, prints, packages, wrappers, receptacles, digital files and advertisements in its possession or under their control, bearing the Image, or any simulation, reproduction, counterfeit, or copy, and all plates, molds, matrices and other means of making the same.

2. For an order requiring payment of damages as to the copyright infringement claims and DMCA claims, consisting of actual damages and any profits of the Defendant attributable to the infringing acts of defendant, consistent with 17 U.S.C. 504(a)(1), or, upon election, an award of statutory damages consistent with 17 U.S.C. 504(a)(2);

3. An award of full costs and reasonable attorney's fees against Defendant and in favor of Plaintiff, pursuant to 17 U.S.C. §505,;

4. An award to Plaintiff of pre-judgment and post-judgment interest on any damage awards; and

5. For such other and further relief as this Court may deem just and proper.

Respectfully submitted,

September 11, 2014            _____/s/Nicholas Ranallo_____

Nicholas Ranallo
371 Dogwood Way
Boulder Creek, CA 95006
(831) 703-4011
Attorney for the Plaintiff

## **DEMAND FOR JURY TRIAL**

Plaintiff Jeremy Bales Creative, LLC hereby demands a trial by jury for all issues so triable.

Respectfully submitted,

September 11, 2014             _____/s/Nicholas Ranallo_____

Nicholas Ranallo
371 Dogwood Way
Boulder Creek, CA 95006
(831) 703-4011
Attorney for the Plaintiff