# Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-881-254**

Effective date of registration:

January 24, 2013

---

## Title
- **Title of Work:** Bales Published Work 2011
- **Previous or Alternative Title:** Group Registration of Published Photographs
- **Nature of Work:** Photographs

## Completion/Publication
- **Year of Completion:** 2011
- **Date of 1st Publication:** February 28, 2011

## Author
- **Author:** Jeremy Michael Bales
- **Author Created:** Photograph
- **Work made for hire:** No
- **Citizen of:** United States
- **Year Born:** 1977
- **Anonymous:** No
- **Pseudonymous:** No

## Copyright claimant
- **Copyright Claimant:** Jeremy Michael Bales
  PO Box 20078, New York, NY, 10001

## Limitation of copyright claim
- **Previously registered:** No

## Certification
- **Name:** Jeremy M. Bales
- **Date:** January 14, 2013

---

**Correspondence:** Yes

Page 1 of 1