# Exhibit B

## ASSIGNMENT OF COPYRIGHT

FOR TEN DOLLARS ($10.00) and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Jeremy Bales ("Seller") hereby irrevocably assign, transfer, convey and deliver to Jermey Bales Creative LLC, a New York Limited Liability Company ("Buyer"), all of his right, title and interest, throughout the world, in and to the Collection of Photographs (the "Collection" hereby set forth below in Exhibit A). Seller acknowledges that the rights to be assigned hereunder shall include, but are not limited to, all copyright in and to each photograph in the Collection throughout the world, all rights of reproduction, display, transmission, distribution and exploitation in any form or media whether now known or hereinafter devised throughout the world, all rights to prepare derivative works, all rights to secure copyright and other intellectual property rights in and to each photograph of the Collection throughout the world, and all rights to have and to hold copyright and other intellectual property rights, including, but not limited to, any and all rights to initiate claims or proceedings for past, present or future infringements of Sellers rights, title and interest to the said Photographs in the Collection, all rights of renewal, in perpetuity throughout the world.

This sale is subject to the terms, conditions, representations and warranties of the Agreement.

DATED as of this 19 day of August, 2014.

_____
Jeremy Bales

STATE OF NEW YORK )

                        ss:

COUNTY OF NEW YORK)

On this day of 19, August, 2014, before me personally appeared Jeremy Bales, known to me to be the individual that executed the within and foregoing instrument and acknowledged the said instrument to be his/her free and voluntary act and deed for the purposes therein mentioned.

(NOTARY SEAL)

DANIEL J. CLARKE
Notary Public, State of New York
No. 01CL6174956
Qualified in Suffolk County
Commission Expires 12/14/2015

_____
Notary Public

My appointment expires: 12/14/2015

## EXHIBIT A

1. Copyright Registration VA 1-881-254

2. Copy of Registration attached below:

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-881-254**

Effective date of registration:

January 24, 2013

## Title
- **Title of Work:** Bales Published Work 2011
- **Previous or Alternative Title:** Group Registration of Published Photographs
- **Nature of Work:** Photographs

## Completion/Publication
- **Year of Completion:** 2011
- **Date of 1st Publication:** February 28, 2011

## Author
- **Author:** Jeremy Michael Bales
- **Author Created:** Photograph
- **Work made for hire:** No
- **Citizen of:** United States
- **Year Born:** 1977
- **Anonymous:** No
- **Pseudonymous:** No

## Copyright claimant
- **Copyright Claimant:** Jeremy Michael Bales
  PO Box 20078, New York, NY, 10001

## Limitation of copyright claim
- **Previously registered:** No

## Certification
- **Name:** Jeremy M. Bales
- **Date:** January 14, 2013

---

**Correspondence:** Yes