Nicholas Ranallo, Attorney at Law
SBN 275016
371 Dogwood Way
Boulder Creek, CA 95006
Phone: (831) 703-4011
Fax:     (831) 533-5073
nick@ranallolawoffice.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY BALES CREATIVE, LLC | **CASE NO.** |
| Plaintiff, | **NOTICE OF INTERESTED PARTIES** |
| v. | |
| MEGHAN CAMARENA, d/b/a "STRAWBURRY 17" and John Does 1-10 | Complaint Filed: September 11, 2014 |
| Defendants. | |

The undersigned counsel of record for Plaintiff, Jeremy Bales Creative, LLC certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualifications or recusal:

1. Jeremy Bales

2. Meghan Camarena

Dated:  September 11, 2014

BY:/S/NICHOLAS RANALLO
Nicholas Ranallo
Attorneys for Plaintiff

2.

NOTICE OF INTERESTED PARTIES