1  Robert A. Ring, CA Bar No. 97850
   Susan H. Green, CA Bar No. 101736
2  RING & GREEN
   3435 Overland Avenue
3  Los Angeles, California 90034-5405
   Telephone No.:       (310) 226-2550
4  Facsimile No.: (310) 226-2459
   rring@ringgreen.com
5  sgreen@ringgreen.com

6  Attorneys for Defendant Strawburry 17, LLC
   (erroneously sued herein as Meghan Camarena
7  d/b/a "Strawburry 17")

8

9                 IN THE UNITED STATES DISTRICT COURT

10          FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12
   JEREMY BALES CREATIVE,          )  CASE NO.: 2:14-cv-07096-MMM-AJWx
13 LLC,                            )
                                   )  Assigned to:  Hon. Margaret M. Morrow
14          Plaintiff,             )  Courtroom:   780
                                   )
15 v.                              )  ANSWER TO COMPLAINT; DEMAND
                                   )  FOR JURY TRIAL
16 MEGHAN CAMARENA D/B/A           )
   "STRAWBURRY 17", and JOHN       )  [F.R.C.P. 38 and Local Rule 201]
17 DOES 1-10,                      )
                                   )
18          Defendants.            )  Complaint Filed:  September 11, 2014
                                   )  Trial Date:    None Set
19                                 )
                                   )
20 _____)

21

22          Defendant Strawburry 17, LLC (erroneously sued herein as Meghan

23 Camarena d/b/a "Strawburry 17"), for itself alone and for no other Defendants,

24 submits the following Answer to the Complaint:

25                    JURISDICTION AND VENUE

26          1.    Answering Paragraph 1 of the Complaint, Answering Defendant is

27 without sufficient information or knowledge to form a belief as to the truth or falsity

28 of the allegations contained therein, and therefore denies the same.

2.     Answering Paragraph 2 of the Complaint, Answering Defendant is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained therein, and therefore denies the same.

3.     Answering Paragraph 3 of the Complaint, Answering Defendant is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained therein, and therefore denies the same.

<u>PARTIES</u>

4.     Answering Paragraph 4 of the Complaint, Answering Defendant is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained therein, and therefore denies the same.

5.     Answering Paragraph 5 of the Complaint, Answering Defendant denies, generally and specifically, each and every allegation set forth therein.

<u>RESPONSE TO ALLEGATIONS COMMON TO ALL CAUSES OF ACTION</u>

6.     Answering Paragraph 6 of the Complaint, Answering Defendant is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained therein, and therefore denies the same.

7.     Answering Paragraph 7 of the Complaint, Answering Defendant is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained therein, and therefore denies the same.

8.     Answering Paragraph 8 of the Complaint, Answering Defendant is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained therein, and therefore denies the same.

9.     Answering Paragraph 9 of the Complaint, Answering Defendant is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained therein, and therefore denies the same.

10.    Answering Paragraph 10 of the Complaint, Answering Defendant is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained therein, and therefore denies the same.

11.     Answering Paragraph 11 of the Complaint, Answering Defendant denies, generally and specifically, each and every allegations set forth therein.

12.     Answering Paragraph 12 of the Complaint, Answering Defendant is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained therein, and therefore denies the same.

13.     Answering Paragraph 13 of the Complaint, Answering Defendant is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained therein, and therefore denies the same.

14.     Answering Paragraph 14 of the Complaint, Answering Defendant is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained therein, and therefore denies the same.

15.     Answering Paragraph 15 of the Complaint, Answering Defendant is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained therein, and therefore denies the same.

16.     Answering Paragraph 16 of the Complaint, Answering Defendant denies,  generally and specifically, each and every allegation set forth therein.

<u>RESPONSE TO FIRST CAUSE OF ACTION</u>

17.     Answering Paragraph 17 of the Complaint, Answering Defendant refers to Paragraphs 1 through 16 and incorporates its responses thereto as though fully set forth hereat and further denies said allegations to the extent they were previously denied.

18.     Answering Paragraph 18 of the Complaint, Answering Defendant is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained therein, and therefore denies the same.

19.     Answering Paragraph 19 of the Complaint, Answering Defendant is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained therein, and therefore denies the same.

20.     Answering Paragraph 20 of the Complaint, Answering Defendant

1  denies,  generally and specifically, each and every allegation set forth therein.

2      21.   Answering Paragraph 21 of the Complaint, Answering Defendant

3  denies,  generally and specifically, each and every allegation set forth therein.

4      22.   Answering Paragraph 22 of the Complaint, Answering Defendant

5  denies,  generally and specifically, each and every allegation set forth therein, and

6  specifically denies that Plaintiff has been damaged by the actions of Answering

7  Defendant or that Answering Defendant has received any illicit profit or wrongful

8  gains.

9      23.   Answering Paragraph 23 of the Complaint, Answering Defendant

10  denies,  generally and specifically, each and every allegation set forth therein, and

11  specifically denies that Plaintiff is entitled to any relief from Answering Defendant in

12  any form or nature whatsoever, whether monetary or otherwise.

13              RESPONSE TO SECOND CAUSE OF ACTION

14      24.   Answering Paragraph 24 of the Complaint, Answering Defendant

15  refers to Paragraphs 1 through 23 and incorporates its responses thereto as though

16  fully set forth hereat and further denies said allegations to the extent they were

17  previously denied.

18      25.   Answering Paragraph 25 of the Complaint, Answering Defendant is

19  without sufficient information or knowledge to form a belief as to the truth or falsity

20  of the allegations contained therein, and therefore denies the same.

21      26.   Answering Paragraph 26 of the Complaint, Answering Defendant is

22  without sufficient information or knowledge to form a belief as to the truth or falsity

23  of the allegations contained therein, and therefore denies the same.

24      27.   Answering Paragraph 27 of the Complaint, Answering Defendant

25  denies,  generally and specifically, each and every allegation set forth therein.

26      28.   Answering Paragraph 28 of the Complaint, Answering Defendant

27  denies,  generally and specifically, each and every allegation set forth therein, and

28  specifically denies that Plaintiff is entitled to any relief from Answering Defendant in

F:\STR4\JBC\Answer.wpd                4

ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL

any form or nature whatsoever, whether monetary or otherwise.

### FIRST AFFIRMATIVE DEFENSE

29.   As a first and separate affirmative defense, Answering Defendant alleges that the Complaint and each claim for relief therein fail to state facts sufficient to constitute a claim upon which relief may be granted against Answering Defendant.

### SECOND AFFIRMATIVE DEFENSE

30.   As a second and separate affirmative defense, Answering Defendant alleges that as a result of its own intentional acts and failures to act, Plaintiff is estopped from asserting the claims set forth in the Complaint and, therefore, is unable to recover thereon.

### THIRD AFFIRMATIVE DEFENSE

31.   As a third and separate affirmative defense, Answering Defendant alleges that as a result of its own intentional acts and failures to act, Plaintiff has waived the right to assert the claims set forth in the Complaint.

### FOURTH AFFIRMATIVE DEFENSE

32.   As a fourth and separate affirmative defense, Answering Defendant alleges that the Complaint and claims for relief set forth therein are barred as a result of Plaintiff's failure to mitigate its damages.

### FIFTH AFFIRMATIVE DEFENSE

33.   As a fifth and separate affirmative defense, Answering Defendant alleges that the acts and/or omissions of third persons or entities, negligent or otherwise, proximately contributed to the happening of the injuries, loss and damages allegedly sustained by Plaintiff.  Therefore, the liability of this answering Defendant, if any, shall be diminished in proportion to the amount contributed by said third persons and entities.

### SIXTH AFFIRMATIVE DEFENSE

34.   As a sixth and separate affirmative defense, Answering Defendant

alleges that the injuries and damages alleged in the Complaint were proximately caused and/or contributed to by the negligence of Plaintiff and Plaintiff did not exercise ordinary care in its own behalf. Therefore, said negligence bars recovery by Plaintiff, or in the alternative, it reduces Plaintiff's right of recovery by that amount by which said negligence contributed to the alleged damages pursuant to the doctrine of comparative negligence.

### SEVENTH AFFIRMATIVE DEFENSE

35. As a seventh and separate affirmative defense, Answering Defendant alleges that at all times its actions were legally justified and privileged, in good faith and reasonable.

### EIGHTH AFFIRMATIVE DEFENSE

36. As an eighth and separate affirmative defense, Answering Defendant alleges upon information and belief that the copyright claimed herein was invalid.

### NINTH AFFIRMATIVE DEFENSE

37. As a ninth and separate affirmative defense, Answering Defendant alleges that if it infringed upon any copyright owned by Plaintiff, which infringement Answer Defendant denies, the infringement was "de minimis" and of no consequence.

### TENTH AFFIRMATIVE DEFENSE

38. As a tenth and separate affirmative defense, Answering Defendant alleges that if it infringed upon any copyright owned by Plaintiff, which infringement Answer Defendant denies, the work on which it allegedly infringed was not protectable.

### ELEVENTH AFFIRMATIVE DEFENSE

39. As an eleventh and separate affirmative defense, Answering Defendant alleges that if it infringed upon any copyright owned by Plaintiff, which infringement Answer Defendant denies, Answer Defendant made fair use of such materials.

WHEREFORE, Answering Defendant prays for judgment as follows:

1.      That Plaintiff take nothing by reason of its Complaint and that judgment be entered in favor of Answering Defendant;

2.      That Plaintiff's complaint be dismissed with prejudice;

3.      For costs of suit incurred herein, including reasonable attorney's fees; and

4.      For such other and further relief as the Court may deem just and proper.

Dated:  January 19, 2015           RING & GREEN


By:   /s/ Susan H. Green
      Susan H.  Green
Attorneys for Defendant Strawburry 17, LLC
(erroneously sued herein as Meghan Camarena
d/b/a "Strawburry 17")

1

## DEMAND FOR JURY TRIAL

2          Pursuant to Federal Rule of Civil Procedure 38 and Local Rule 38-1,

3    Defendant Strawburry 17, LLC (erroneously sued herein as Meghan Camarena d/b/a

4    "Strawburry 17") hereby demands a jury trial in this matter.

5

6    Dated:  January 19, 2015          RING & GREEN

7

8                                      By:   /s/ Robert A. Ring

9                                            Robert A. Ring
                                             Attorneys for Defendant Strawburry 17, LLC
10                                           (erroneously sued herein as Meghan Camarena
                                             d/b/a "Strawburry 17")

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is: 3435 Overland Avenue, Los Angeles, CA 90034.

    On January 19, 2015, I served the foregoing document described as ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL  on all interested parties in this action as follows:

Nicholas Ranallo, Esq.
371 Dogwood Way
Boulder Creek, CA 95006

_____

<u>X</u>        BY CM/ECF ELECTRONIC DELIVERY: In accordance with the registered case participants and in accordance with the procedures set forth at the United States District Court, Central District of California, Website www.ecf.cacd.uscourts.gov.

_____

    Executed on January 19, 2015, at Los Angeles, California.

(x) (Federal)    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Susan H. Green          /x/ Susan H. Green
                              Signature