UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.:  2:14–cv–07096–MMM–AJW                    Date:  1/21/2015
Title:  JEREMY BALES CREATIVE, LLC V. MEGHAN CAMARENA ET AL

Present: The Honorable  MARGARET M. MORROW

_____ANEL HUERTA_____          _____N/A_____
Deputy Clerk                                        Court Reporter

Attorneys Present for Plaintiffs:                   Attorneys Present for Defendants:
None appearing                                      None appearing

**PROCEEDINGS:**    **[In Chambers] Order Setting Scheduling Conference**

A Scheduling Conference is set for **March 30, 2015 at 09:00 AM** before Judge Margaret M. Morrow in Courtroom 780, Roybal Federal Building, 255 East Temple Street, Los Angeles.

Counsel are directed to comply with Rule 26(f) of the Federal Rules of Civil Procedure in a timely fashion and to file a Joint Rule 26(f) Report on or before **March 20, 2015**. The parties' report shall, in addition to addressing the matters specified in Rule 26(f), set forth their views regarding (1) an appropriate last date for the completion of discovery and the hearing of motions, a date for a final pretrial conference and a trial date; (2) whether discovery should be conducted in phases or otherwise ordered or limited; (3) a preliminary estimate of the time required for trial; (4) efforts made to settle or resolve the case to date, and the parties' views as to an appropriate plan for maximizing settlement prospects; (5) whether the case is complex or requires reference to the procedures set forth in the Manual on Complex Litigation; (6) the likelihood of the appearance of additional parties; (7) what motions the parties are likely to make that may be dispositive or partially dispositive; (8) any unusual legal issues presented by the case; and (9) proposals regarding severance, bifurcation or other ordering of proof.

Plaintiff's counsel is directed to give notice of the scheduling conference immediately to each party that makes an initial appearance in the action after this date.

**Lead trial counsel must be present.**

Initials of Deputy Clerk: ah